UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON PATTEN,<br><br>             Plaintiff,<br><br>vs.<br><br>EDWARD ALAMEIDA, et al.,<br><br>             Defendants.<br>_____/ | 1:04-cv-06114-OWW-SMS-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 18)<br><br>**ORDER DISMISSING ACTION FOR FAILURE TO OBEY A COURT ORDER** (Doc. 16) |

   Plaintiff Jason Patten ("plaintiff") is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

   On April 17, 2006, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that an objection to the Findings and Recommendations, if any, was to be filed within twenty days. To date, plaintiff has not filed an objection.[1]

---

[1] The United States Postal Service returned the order served on plaintiff on April 28, 2006, as undeliverable. However, plaintiff has not notified the court of any change in his address. Absent such notice, service

1

1     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

    Accordingly, IT IS HEREBY ORDERED that:

    1.   The Findings and Recommendations, filed April 17, 2006, is ADOPTED in full; and,

    2.   This action is DISMISSED based on plaintiff's failure to obey the court's order of March 1, 2006.

IT IS SO ORDERED.

**Dated:   May 24, 2006**                    **/s/ Oliver W. Wanger**
emm0d6                                       UNITED STATES DISTRICT JUDGE

---

at a party's prior address is fully effective.  Local Rule 83-182(f).

2